IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL BARNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.  13-552-SCW |
| vs. ) | |
| ) | |
| DR. LARSON and GARY GERST, ) | |
| ) | |
| Defendant(s). ) | |

## JUDGMENT IN A CIVIL CASE

Defendant **GARY GERST** was dismissed without prejudice on July 1, 2013 by an Order entered by Judge Michael J. Reagan (Doc. 8).

Defendant **DR. LARSON** was granted summary judgment on May 2, 2014by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 40).

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant **DR. LARSON** and against Plaintiff  **DAVID HARPER.**

Plaintiff shall take nothing from this action.

**DATED** this 2nd  day of May, 2014

                                                  NANCY J. ROSENSTENGEL,
                                                  Clerk of Court

                                                  By: s//Angie Vehlewald
                                                             Deputy Clerk

Approved by:  s// Stephen C. Williams
                STEPHEN C. WILLIAMS
          United States Magistrate Judge